IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAPPY TRAILS, LLC | : |
| Plaintiff, | : |
| v. | : CIV. NO.: 5:16-cv-05002-JLS |
| SUNTREE, LLC | : |
| and | : |
| SUNTREE SNACK FOODS, LLC, | : |
| Defendants. | : |

**STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(ii), all parties hereto hereby stipulate to the dismissal of this action.

Zachary C. Glaser, Esquire
Edward T. Butkovitz, Esquire
Kleinbard, LLC
1650 Market Street – 46th Floor
Philadelphia, PA 19103
*Attorneys for Plaintiff*

Dated: December 21st, 2016

Susan M.O, Esquire
Fellheimer & Eichen LLP
Two Liberty Place
50 S. 16th Street, Suite 3401
Philadelphia, PA 19102
*Attorneys for Defendants*

Dated: December 21st, 2016

{01100087;v1 }